IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| DAVID McIRVIN,<br><br>Plaintiff,<br><br>vs.<br><br>WEST SIDE UNLIMITED CORPORATION and DONALD A. VOGT,<br><br>Defendants. | No. 08-CV-127-LRR<br><br>**ORDER** |

_____

The matter before the court is the "Unopposed Motion for Permission to Appear at Final Pretrial Conference" ("Motion") (docket no. 29), filed by Defendants West Side Unlimited and Donald A. Vogt. In the Motion, Defendants ask the court for "permission to allow attorney Jason M. Steffens to appear on their behalf at the final pretrial conference" without Kevin J. Visser, who also intends to represent Defendants at trial. For the reasons stated in the Motion, the Motion (docket no. 29) is **GRANTED**.

**IT IS SO ORDERED.**

**DATED** this 12th day of March, 2010.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA