UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| DAVID McIRVIN, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. 1:08-cv-127 |
| | ) |
| vs. | ) |
| | ) |
| WEST SIDE UNLIMITED CORPORATION, | ) STIPULATION OF DISMISSAL |
| an Iowa Corporation, and DONALD A. | ) |
| VOGT, an Individual, | ) |
| | ) |
| Defendants. | ) |

Pursuant to Local Rule 41(a)(2), Plaintiff David McIrvin and Defendants West Side Unlimited Corporation and Donald Vogt stipulate to the dismissal of this action with prejudice.

_____
KEVIN H. COLLINS        AT0001671
NYEMASTER, GOODE, WEST, HANSELL & O'BRIEN, PC
625 1ST ST SE, SUITE 400
Cedar Rapids, IA 52401
Telephone:    (319) 286-7000
Facsimile:    (319) 286-7050
Email: khcollins@nyemaster.com
ATTORNEYS FOR PLAINTIFF

_____
Kevin J. Visser AT0008101
SIMMONS PERRINE MOYER & BERGMAN, PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401-1266
Telephone: 319-366-7641
Facsimile: 319-366-1917
Email: kvisser@simmonsperrine.com
ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of this document was served upon counsel of record for each party to the action in compliance with FRCP 5 on <u>March 17, 2010</u> by:

[ x ] Electronically via ECF for ECF registrants
[   ] U.S. Mail to
[   ] Fax _____
[   ] Fed Ex _____
[   ] Hand Delivered _____
[   ] other _____

_____/s/ KEVIN H. COLLINS_____

2
Case 1:08-cv-00127-LRR   Document 32   Filed 03/17/10   Page 2 of 2